NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PROCON ANALYTICS, LLC,**
*Plaintiff-Appellee*

**v.**

**SPIREON, INC.,**
*Defendant-Appellant*

———————————

2021-1954

———————————

Appeal from the United States District Court for the Eastern District of Tennessee in No. 3:19-cv-00201-JPM-HBG, Chief Judge Jon P. McCalla.

———————————

**JUDGMENT**

———————————

SETH R. OGDEN, Patterson Intellectual Property Law, PC, Nashville, TN, argued for plaintiff-appellee.  Also represented by EDWARD D. LANQUIST, JR., NATHAN I. NORTH.

ANTHONY F. BLUM, Thompson Coburn LLP, St. Louis, MO, argued for defendant-appellant.  Also represented by NATHAN FONDA, ALAN H. NORMAN; TAYLOR A. WILLIAMS, Paine Tarwater & Bickers LLP, Knoxville, TN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, PROST and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 19, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court